STATE of Missouri, Respondent,

v.

Fremon YOUNG, Appellant.

No. WD 45790.

Missouri Court of Appeals,
Western District.

Jan. 19, 1993.

Motion for Rehearing and/or Transfer to
Supreme Court Denied
March 2, 1993.

James F. Speck, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before BRECKENRIDGE, P.J., and SHANGLER and SPINDEN, JJ.

### ORDER

PER CURIAM:

Appeal from convictions of assault in the first degree, § 565.050, RSMo 1986, and armed criminal action, § 571.015.1, RSMo 1986.

Affirmed. Rule 30.25(b).